# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150261(25)

IN RE PAROLE OF STEVEN J. STRUTZ
_____

MACOMB COUNTY PROSECUTOR,
      Appellee,

v

STEVEN J. STRUTZ,
      Appellant,

and

MICHIGAN PAROLE BOARD,
      Appellant-Intervenor
_____/

SC: 150261
COA: 323101
Macomb CC: 14-001039-AP

      On order of the Chief Justice, the motion of appellant-intervenor to file a reply to the brief of amicus curiae Michigan Attorney General is GRANTED. The reply submitted on November 21, 2014, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014



Clerk